UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DICKIE L BELL, | ) |
| | ) CASE NO. C05-4023MWB |
| Plaintiff. | ) |
| | ) |
| vs. | ) *JUDGMENT* |
| | ) |
| JO ANNE B BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court and

IT IS ORDERED AND ADJUDGED THAT

The ALJ's decision to deny benefits is **affirmed**. Plaintiff take nothing and this matter is dismissed.

DATED: February 7, 2006

Pridgen J Watkins - Clerk

_[signature]_

BY: Deputy Clerk